AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 6/29/2024

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Carlos Duarte-Valle, | ) | Case No. 24-5181mts |
| a.k.a.: Carlos Duarte, | ) | |
| A #077 138 834 | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 22, 2024, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), an offense described as follows:

Carlos Duarte-Valle, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 27, 2021, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY    Digitally signed by CHARLES BAILEY
Date: 2024.07.01 10:09:53 -07'00'

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for AUSA Michael E. Shaw

☒ Continued on the attached sheet.

CHRISTOPHER L SPOHN    Digitally signed by CHRISTOPHER L SPOHN
Date: 2024.07.01 11:18:10 -07'00'

_____
*Complainant's signature*

Christopher L. Spohn
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date:  July 1, 2024    1:03 pm

_____
*Judge's signature*

City and state:  Phoenix, Arizona

Deborah M. Fine
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer, Christopher L. Spohn declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about June 22, 2024, troopers with the Arizona Department of Public Safety (AZDPS) arrested and booked Carlos Duarte-Valle into the Maricopa County Jail (MCJ) in Phoenix, Arizona, on local charges. While Duarte-Valle was in custody at the MCJ, ICE agents interviewed him and determined him to be a citizen of Mexico, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the MCJ for Duarte-Valle. On or about June 29, 2024, Duarte-Valle was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Duarte-Valle was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Duarte-Valle to be a citizen of Mexico and a previously deported alien. Duarte-Valle was removed from the United States to Mexico through Nogales, Arizona, on or about August 27, 2021, pursuant to a final order of removal issued by an immigration judge. There is no record of Duarte-Valle in any Department of Homeland Security database to suggest that he obtained

1

permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Duarte-Valle's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about April 13, 2020, Carlos Duarte-Valle was convicted of Attempt to Commit Narcotic Drug-Transportation and/or Sell, a felony offense, in the Superior Court of Arizona, Maricopa County. Duarte-Valle was sentenced to two (2) years of imprisonment. Duarte Valle's criminal history was matched to him by electronic fingerprint comparison.

5. On or about June 29, 2024, Carlos Duarte-Valle was advised of his constitutional rights. Duarte-Valle freely and willingly acknowledged his rights and agreed to make a statement under oath. Duarte-Valle started that his true and correct name is "Carlos Duarte Valle," and he is a citizen of Mexico. Duarte-Valle also stated that he illegally entered the United States "4 anos" (years) ago, by "caminando" (walking) into Arizona. Duarte-Valle further stated that he had been previously removed from the United States "1" time, and did not apply to the United States Attorney General or the Department of Homeland Security for permission to reenter the United States after his last removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 22, 2024, Carlos Duarte-Valle, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on

or about August 27, 2021, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a).

CHRISTOPHER L SPOHN
Digitally signed by CHRISTOPHER L SPOHN
Date: 2024.07.01 11:19:57 -07'00'

Christopher L. Spohn
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
July 1, 2024 @ 1:03 pm

Deborah M. Fine
United States Magistrate Judge

3